IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DIVELY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| TRANS UNION, LLC, *et al.*, | : | |
|     Defendants. | : | No. 11-3607 |

**ORDER**

**AND NOW**, this 25th day of January, 2012, upon consideration of Defendant MDA Lending Solution's Motion to Dismiss (Docket No. 15), Plaintiff's Opposition (Docket No. 19), and Defendant's Reply (Docket No. 20), and following oral argument, it is hereby **ORDERED** that Defendant's Motion (Docket No. 15) is **DENIED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1